No. 00–10583. RIVERA v. UNITED STATES; and

No. 01–5673. GUZMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 7 Fed. Appx. 45.